IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL S. DOVI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE | : | NO. 12-5224 |

FILED
FEB 22 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

AND NOW, this 22nd day of February, 2013, upon careful and independent consideration, the record reveals that the Commissioner did not apply correct legal standards and that the record does not contain substantial evidence to support the ALJ's findings of fact and conclusions of law. Therefore, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED;

2. The Commissioner's unopposed motion for remand is GRANTED;

3. Plaintiff's request for review is DENIED AS MOOT; and

4. This matter is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with this adjudication.

By separate Order, the Court will enter a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

GENE E. K. PRATTER, J.