IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL S. DOVI                    :    CIVIL ACTION

v.                                :

MICHAEL J. ASTRUE                 :    NO. 12-5224

**FILED**

FEB 2 2 2013

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

AND NOW, this _22nd_ day of _February_ , 2013, upon careful and

independent consideration, the record reveals that the Commissioner did not apply correct

legal standards and that the record does not contain substantial evidence to support the

ALJ's findings of fact and conclusions of law.  Therefore, it is hereby ORDERED that:

1.    The Report and Recommendation is APPROVED AND ADOPTED;

2.    The Commissioner's unopposed motion for remand is GRANTED;

3.    Plaintiff's request for review is DENIED AS MOOT; and

4.    This matter is REMANDED to the Commissioner pursuant to the fourth
      sentence of 42 U.S.C. § 405(g) for further proceedings consistent with this
      adjudication.

By separate Order, the Court will enter a final judgment pursuant to Rule 58 of the
Federal Rules of Civil Procedure.

BY THE COURT:

GENE E. K. PRATTER, J.